(April 1, 1948.)

LOUIS APPELBAUM, Appellant, v, FRIEDA APPELBAUM, Respondent.— The motion is referred to the court that rendered the decision. Present — Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ. Motion for reargument granted and on reargument the decision of this court handed down March 22, 1948 (*ante,* p. 911), is amended to read as follows: In an action for divorce, order awarding alimony *pendente lite* and counsel fees modified on the facts by reducing the amount awarded as counsel fee from $1,500 to $1,000, and by striking from said order the following provision at folio 16: "with leave to defendant to apply to the Justice before whom this. case comes on for trial for such other and additional counsel fees as may then appear to be or have been warranted." As thus modified, the order is affirmed, without costs. The reduced counsel fee shall be paid as follows: $500 within five days from the entry of the order hereon, and the remainder when the case is reached for trial. On this record the allowance for counsel fee was excessive. Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.

LOUIS APPELBAUM, Appellant, v. FRIEDA APPELBAUM, Respondent.— Order granting defendant's motion to examine plaintiff before trial upon the affirmative defense of condonation and forgiveness in an action for absolute divorce reversed upon the law and the facts, without costs, and the motion denied, without costs. In matrimonial actions we do not approve the granting of orders of examinations before trial which would permit inquiry into and disclosure of the marital relations of the parties. (*Woods* v. *Woods,* 228 App. Div. 842; *Immerman* v. *Immerman,* 230 App. Div. 458; *Wessel* v. *Schwarzler,* 144 App. Div. 587; *Goldberg* v. *Goldberg,* 184 App. Div. 949; *Fried* v. *Fried,* 230 App. Div. 708; *Safrin* v. *Safrin,* 205 App. Div. 628; *Horsch* v. *Horsch,* 206 App. Div. 710; *Hutaff* v. *Hutaff,* 208 App. Div. 745.) The information here sought to be elicited by the examination with respect to item No. 1 can be obtained through a bill of particulars. Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ., concur.

LOUIS APPELBAUM, Appellant, v. FRIEDA APPELBAUM, Respondent.— Order entered March 24, 1948, fixing counsel fee upon appeal from order granting examination of plaintiff before trial, modified on the facts by reducing the counsel fee from $250 to $150. As thus modified, the order is affirmed, without costs. No opinion. Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ., concur.